**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BAILEY WOOTEN,**

**Plaintiff,**

**v.**

**Civil Action 2:25-cv-256**
**Judge James L. Graham**
**Magistrate Judge Chelsey M. Vascura**

**TARA STURTS, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Plaintiff's Motion to Reassign Case. (ECF No. 31.) Therein, Plaintiff requests that District Judge James L. Graham be "designated as the sole presiding judicial officer for all rulings, hearings, and dispositive matters in this case." (*Id.*) Plaintiff emphasizes that she has "not consented to final disposition by a magistrate judge." (*Id.*)

Unless parties unanimously consent to final disposition of their claims by a magistrate judge, district judges preside over all rulings, hearings, and dispositive matters in a case. *See* 28 U.S.C. § 636 (b)(1). To the extent the magistrate judge makes a final ruling on any pretrial matter, litigants are entitled to object to that order, and their objection will be ruled upon by the district judge. *See id.*

The undersigned issued a Report and Recommendation to the district judge, recommending certain of Plaintiff's claims be dismissed. (ECF No. 23). A report and recommendation is not a final ruling. Further, Plaintiff objected to that recommendation. (ECF No. 24.) The district judge will review the undersigned's recommendations, as well as Plaintiff's

objections, and make a final ruling on the matter. Accordingly, Plaintiff's Motion (ECF No. 31) is **DENIED as moot**.

**IT IS SO ORDERED.**

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE